Froessel, J. (concurring).
We concur with Chief Judge Desmond for affirmance, but as to the ninth cause of action would place our affirmance upon the ground that plaintiff expressly agreed that the defendant “ shall have no liability upon warranties express or implied with respect to workmanship *418 or material other than as [in the contract] provided ”; and further agreed that “ the contract as so accepted and approved shall become in all respects the sole agreement between the parties with respect to the machinery forming the subject matter thereof. All previous communications between the parties, either verbal or written, shall thereupon be deemed abrogated and withdrawn. No modification or assignment hereof shall be binding upon the parties or either of them unless in writing similarly approved ’ ’.